# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHANNON HARRIS, et al.,** | Case No. 2:21-cv-04306-JDW |
| *Plaintiffs,* | |
| v. | |
| **CENTRAL BUCKS SCHOOL DISTRICT** | |
| *Defendant.* | |

## ORDER

**AND NOW,** this 26th day of October, 2021, upon review of the Stipulation to Remand (ECF No. 6), it is **ORDERED** that this case is **REMANDED** to the Court of Common Pleas of Bucks County, Pennsylvania. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON